THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN AGUILAR-MENDOZA,<br><br>　　　　　　Defendant. | CASE NO. CR18-0278-JCC<br><br>ORDER |

This matter comes before the Court on the Government's unopposed motion for entry of a final order of forfeiture (Dkt. No. 101). The motion concerns the following property:

1. $17,775 in U.S. currency seized on November 1, 2018 from Defendant Kevin Aguilar-Mendoza's residence in Des Moines, Washington.

Having considered the motion and the relevant record, the Court FINDS that forfeiture is appropriate for the following reasons:

1. On August 14, 2019, Defendant pleaded guilty to conspiracy to distribute heroin, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846, (Dkt. No. 83);
2. In his plea agreement, Defendant agreed to forfeit his interest in the above-listed property, (*id.* at 4);
3. On December 17, 2019, the Court entered a preliminary order of forfeiture that found the above-listed property forfeitable pursuant to 21 U.S.C. § 853 and forfeited

Defendant's interest in the property, (Dkt. Nos. 98; 101 at 2);

4. Thereafter, the Government published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), (*see* Dkt. No. 99), and provided direct notice to a potential petitioner as required by Federal Rule of Criminal Procedure 32(b)(6)(A), (*see* Dkt. No. 101-1 at 1–2); and

5. The time for filing third-party petitions has expired, and none were filed, (*see* Dkt. No. 101 at 2).

Given the Court's findings, the Court hereby GRANTS the Government's motion (Dkt. No. 101) and ORDERS as follows:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice and/or its representatives are authorized to dispose of the property in accordance with the law.

DATED this 29th day of July 2020.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE